**No. 47827.**—Protests 535526–G, etc., of Monga Mills, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the merchandise in question, consisting of 8-bu. paper hats, known as harvest hats, valued at less than $3 per dozen, is similar to that involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at only 25 percent under paragraph 1504 (b) (5) was sustained.

**No. 47828.**—Protest 77562–K of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that certain of the hats or hoods in question are not bleached, dyed, colored, or stained, not blocked or trimmed, and that they are similar to those involved in Abstract 47291, the claim at only 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 47829.**—Protest 87847–K of Indo Persian Fine Art Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 46985, the mufflers in question were held dutiable at 60 percent under paragraph 1209 as claimed.

**No. 47830.**—Protests 897586–G, etc., of Manhattan Shirt Co. et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the protests were dismissed.

## DECEMBER 18, 1942

**No. 47831.**——Protest 70730–K of Graemiger Bros., Inc. C. D. 696. Plaintiff's application for rehearing granted.

## DECEMBER 17, 1942

**No. 47832.**—SUIT 4383.——*United States* v. *Nippon Import & Trading Co., Inc.* C. D. 575 affirmed November 2, 1942. C. A. D. 220.

**No. 47833.**—SUIT 4389.—*United States* v. *Ayrton Metal Co., Inc.* C. D. 577 reversed November 4, 1942. C. A. D. 221.